**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-2100**

---

EMMA VICTORIA JOHNSON HOWARD,

             Plaintiff - Appellant,

     v.

VANCE COUNTY SHERIFF DEPT.; W. B. LILLEY, Sergeant of the
Vance County Sheriff's Dept., Individually and in his
officially capacity; VANCE COUNTY DISTRICT COURT; RAYMOND
EARL DICKERSON, d/b/a T.L. Perkinson Wrecker Service,

             Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:15-cv-00110-FL)

---

Submitted:  November 19, 2015        Decided:  December 7, 2015

---

Before MOTZ, DUNCAN, and KEENAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Emma Victoria Howard, Appellant Pro Se.   Sonny Sade Haynes,
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emma Victoria Johnson Howard seeks to appeal the district court's order adopting the magistrate judge's recommendation to dismiss Howard's 42 U.S.C. § 1983 (2012) action in part and to allow certain claims to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Howard seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED